Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
*middle* District of *PA*

*civil* Division

| | |
|---|---|
| | Case No. |
| _Timothy Rice_ | (to be filled in by the Clerk's Office) |
| Plaintiff(s) | |
| (Write the full name of each plaintiff who is filing this complaint. | |
| If the names of all the plaintiffs cannot fit in the space above, | FILED |
| please write "see attached" in the space and attach an additional | SCRANTON |
| page with the full list of names.) | |
| -v- | JUN 2 2 2020 |
| _ms golden - c/o levauRite et al_ | Per _____ |
| Defendant(s) | DEPUTY CLERK |
| (Write the full name of each defendant who is being sued. If the | |
| names of all the defendants cannot fit in the space above, please | |
| write "see attached" in the space and attach an additional page | |
| with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: TIMOTHY RiCe

All other names by which you have been known: ~~(withamaNAGER~~ golden)

ID Number: DV2363

Current Institution: SCI PHOeNiX

Address: 1200 MOKYCHIC Rd

| | | |
|---|---|---|
| Colledgeville | PA | 19142 |
| City | State | Zip Code |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: ~~Unit maNAGER~~ mS Golden

Job or Title (if known): ~~eRole Nailat~~ UNiTmaNager

Shield Number: ~~Psycologyist ~~hyred~~~~ N/A

Employer: ~~SupeR INtendent~~ T. SoR~~~~ SCI PhoeN iX

Address: 1200 MOKYCHiC Rd

| | | |
|---|---|---|
| Colledgeville | PA | 19426 |
| City | State | Zip Code |

☐ Individual capacity  ☐ Official capacity

Defendant No. 2

Name: C/O LevaewRiT

Job or Title (if known): C/O officeR, PROPeRTy officeR

Shield Number: N/A

Employer: SCI PhoeN iX

Address: 1200 MoKYCHiC Rd

| | | |
|---|---|---|
| Colledgevrlle | PA | 19426 |
| City | State | Zip Code |

☐ Individual capacity  ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name ~~SUPERINTENDENT~~ J. SOBER
Job or Title *(if known)* SUPERINTENDENT
Shield Number N/A
Employer SCI Phoenix
Address 1200 MOKYCHIC Rd
Colledgeville    PA         19426
City            State       Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name MS HYDRO
Job or Title *(if known)* PHYCOLOYGST
Shield Number N/A
Employer SCI PhoeNIX
Address 1200 MOKYCHIC Rd
Colledgeville    PA         19426
City            State       Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eight h admendent, cruel and unosal punish ment

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Im Sue under Section 1983, each defendant in their Individual capacity and state official capacity

**III.   Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

**IV.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Im Being TARGEt By these High Ranking Staff official Because of my Belief in god as a CHRISTIAN. I Been Illegally confine to R RL and RHU and deprive my right to general Polulation

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

I Been ~~order~~ DEPRive of my To YARD, Recreation to see PRC To Be Release To general Polulation I Been illegaly stuck in the Hole After I completed a step down program, I Been told By these Staff official as mention I will Dye in the whole and never get a day/right in general Population. These staff official Have spit in my food and sofauth

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

ARROUND 3-24-20 I RECEIVE RAZO
FROM C/O LEVANRIT Pot SHOWER and C/O LOVONRIT
told me TO SWOLLOW RAZOR CAUSE THE CHIENESE
goveRmENT WANT You dead, I BEEN assaulted

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)*

THESE officerS THReaten TO Take a c/Heck
I settle with the state Fo2 15,000 3-9-20 on
6-16-20 The attorney geneRol ALEXandeR T. KORN
Told the magastRate Judge he sent THe check
ceRTIFIEd maiL TRacking NUMBER TO BUSNESSE
mAnAgemENT and as of this check NEVER
REAcH  SCI PhoeINIX  CIVI/NO 1-19-CV-0285 R
                       Judge Rambo
                       magastrate Judge carlson

V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

PLease RefeR TO sepeRate NEW lawsuit
I File In diffRent FoRm sent out
The same date 6-18-20 Two sepeRate lawsuit
all aRiseN BY staff official who claim
They on the payRoll of the cHineese govemENT
and they oRder To kILL PlaINtiff TImothyRic
FoR my love FoR AMERICA
and EXPosing The chinese gover ment secret

VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

I WANT THE COURT To FiRst Put this coUNTRY FiRst
USA, BY FiLing Both NEW sepeRate lawsUit awaRded
PlaINtiff Five miLLion sHow These TRADERS we
USA, will NOT Be THE TARGet of these seRious
THReat to USA and PlaINtiff Timothy as a stRong
coUNTRY, smaRt COUNTRY, we will FiGHt BACk
and NeveR Leave A U.SA, citizen BEHINd
Who's been TaRget By staff official,
At Behest of chinese goveRment oL covI19
we mUst send them message

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCI Phoenix

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

I tryed to Filed grievance and never Receve any thing Back

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
     concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
other correctional facility?

[✓] Yes

[ ] No

E.   If you did file a grievance:

1.   Where did you file the grievance?

I Receve a cHineese memo at SCI Frackuille
I Filed gRievance, I sent copy of cHineese memo
wittness to Deputy Attorney general Alexander
Ti KorN, BRiaN o, Leary federal Investigator
and Steven H, Rosen Baum, U,S DOT
washington DC

2.   What did you claim in your grievance?

THAT Im Being oppress By THe
cHineese gouerment, By Hight Ronking
staff official on The payRoll of cHineese
gouerment they are TRADERS IN U,SA
for the cHineese gouerment, serpoos

3.   What was the result, if any?

THey ReJect my gRievance
attorney geneRal Alexdander didnot
THey Beleve me they got The cHineese memo
IN cHineese sent to plaintiff timothy Rice

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If
     not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I ReacH out to Doc centrol office
The Doc Have HigHt Ranking official
on PayRoll of cHineese gouerment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

*No*

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed,
       when and how, and their response, if any:

*I INFORM J. newBerry grievance coordnator at sci frackville I INFORM gina orlando grievance coordnator at sci phoenix*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies.

*you should contact steven. H. Rosen Baum at U.S Department of Justice. and Deputy attorney general Alexander T. Korm to confirm Plaintiff free event*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    ~~Timothy~~ N/A
Defendant(s)    ~~m S Gatley~~ N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*
N/A

3.    Docket or index number
N/A

4.    Name of Judge assigned to your case
N/A

5.    Approximate date of filing lawsuit
N/A

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   ~~to~~ TimothY Rice
     Defendant(s)   C/o Young, Lt Young, New lawsoit
                    No case Number Yet

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number
     CV-1-19-0285

4.   Name of Judge assigned to your case
     Judge RamBo - magistrate Judge CARlSON

5.   Approximate date of filing lawsuit
     2-21-19      New lawsuit      6-18-20

6.   Is the case still pending?
     ☐ Yes
     ☐ No
     If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     The state settle out of court
     with plaintiff Timothy Rice For
     15,000

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   6-18-20

| | |
|---|---|
| Signature of Plaintiff | *Timothy Rice* |
| Printed Name of Plaintiff | Timothy Rice |
| Prison Identification # | DV2363 |
| Prison Address | 1260 Mokychic Rd |
| | Collegeville     Pa     19426 |
| | City     State     Zip Code |

### B.   For Attorneys

Date of signing:   ~~6-18-20~~ 6-18-20

| | |
|---|---|
| Signature of Attorney | ~~Timothy Rice~~ Prose Plaintim othy Rice |
| Printed Name of Attorney | Timothy Rice |
| Bar Number | NA |
| Name of Law Firm | N/A |
| Address | 1260 Mokychic Rd |
| | Collegeville     PA     19426 |
| | City     State     Zip Code |
| Telephone Number | NA |
| E-mail Address | N/A |

Dear Deputy clerk,
Peter J. welsh, Please Find
two Seperate lawsuit Im
Filing In your cour middle discria
with forms was given, in two
Seperate MANelEualoPe Envelope
             Respect
sent out at Same Time
      6-18-20

                    ResPect Fully SuBmitted
                        Timothy Rice  6-18-20

Timothy Rice-Du 2363
SCI Phoenix
1200 mokychic, Rd
colledgeuille pa 19426

RECEIVED
SCRANTON

JUN 2 2 2020

PEH

DEPUTY CLERK

PA DEPARTMENT OF
CORRECTIONS

INMATE MAIL

neopost
06/18/2020
US POSTAGE $001.40⁰

FIRST-CLASS MAIL

ZIP 19426
041M11225Z211

office of the clerk
Peter J. Welsh
myrrole district of PA
Wm. Nealson Bldg, U.S